Genaro Cuevas MANCILLA; Maria
Cecilia Cuevas, Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 05–74444.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 21, 2006 *.

Filed Dec. 29, 2006.

Genaro Cuevas Mancilla, El Monte, CA,
pro se.

Maria Cecilia Cuevas, El Monte, CA,
pro se.

CAC–District Counsel, Esq., Office of
the District Counsel Department of Home-
land Security, Los Angeles, CA, Ronald E.
Lefevre, Chief Counsel, Office of the Dis-
trict Counsel Department of Homeland Se-
curity, San Francisco, CA, Regina Byrd,
Esq., DOJ—U.S. Department of Justice,
Civil Div./Office of Immigration Lit.,
Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and
LEAVY, Circuit Judges.

MEMORANDUM **

Genaro Cuevas Mancilla and Maria Ce-
cilia Cuevas, natives and citizens of Mexi-
co, petition pro se for review of the Board
of Immigration Appeals' ("BIA") order de-

nying their motion to reopen removal pro-
ceedings. We have jurisdiction under 8
U.S.C. § 1252. We review for abuse of
discretion, see Iturribarria v. INS, 321
F.3d 889, 894 (9th Cir.2003), and we deny
the petition for review.

The BIA did not abuse its discretion in
denying petitioners' motion to reopen as
untimely, because they did not file the
motion within 90 days of the BIA's final
order of removal, see 8 C.F.R.
§ 1003.2(c)(2), and did not demonstrate a
material change in circumstances in Mexi-
co, see 8 C.F.R. § 1003.2(c)(3)(ii).

Petitioners' reliance on Khourassany v.
INS, 208 F.3d 1096, 1099 & n. 2 (9th
Cir.2000), is misplaced. In that case, the
90–day time limit for motions to reopen
did not apply because petitioner had been
ordered deported before March 22, 1999.
See 8 C.F.R. § 1208.18(b)(2).

**PETITION FOR REVIEW DENIED.**

* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.